UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHASE PHILIP HORNADAY,<br><br>Defendant. | Case No. 4:24-CR-00104-BLW-DKG<br><br>**REPORT AND RECOMMENDATION** |

On October 23, 2024, Defendant CHASE PHILIP HORNADAY appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. (Dkt. 20). The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 2), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by any agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the

consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

## RECOMMENDATION

NOW THEREFORE IT IS HEREBY RECOMMENDED:

1) The District Court accept Defendant CHASE PHILIP HORNADAY's plea of guilty to Count One of the Indictment (Dkt. 2).

2) The District Court order forfeiture consistent with Defendant CHASE PHILIP HORNADAY's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 2) and the Plea Agreement (Dkt. 20).

3) The District Court **GRANT**, at the appropriate time, the United States' motion to dismiss Count Two of the Indictment (Dkt. 2) as to Defendant CHASE PHILIP HORNADAY.

4) The District Court order Defendant be detained pending sentencing under 18 U.S.C. § 3143. Upon the District Court's acceptance of Defendant's guilty plea, as recommended herein, Defendant shall **SURRENDER** for detention pending sentencing to the custody of the United States Marshals Service on or before **November 13, 2024**, at no later than **10:00 a.m. (MT)**. Defense counsel is **DIRECTED** to coordinate with the United States Marshal's service and to **ADVISE** the Defendant of the exact date, time, and location for self-surrender. Defendant is **ADVISED** that failure to self-surrender may constitute a separate offense. Until such date that Defendant surrenders, Defendant is

REPORT AND RECOMMENDATION - 2

subject to all previously imposed conditions of release.

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: October 23, 2024

DEBORA K. GRASHAM
U.S. MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 3